WDKy    (Rev. 10/14) Affidavit and Answer of Garnishee (Non-wage)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### at LOUISVILLE
### AFFIDAVIT AND ANSWER OF GARNISHEE

**Judgment Creditor:** Iron Workers Mid-America Pension Plan

**Garnishee's Date of Receipt:**

**Judgment Debtor:** Eastern Construction, Inc.

**Case Name and No.**
3:20-MC-5

**Garnishee:** Fifth Third Bank

**Name and Address of Judgment Creditor's Attorney**

**Amount Due:** $10,026.72
**Court Costs:**

David O'Brien Suetholz
Branstetter, Stranch & Jennings PLLC
515 Park Avenue
Louisville, KY 40208

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 APR -6 PM 3: 44

The Affiant, after being first duly sworn, states as follows:

1. The name of the Judgment Debtor is EASTERN CONSTRUCTION INC
2. At the time of the service of the Order of Garnishment (Non-wage), the Garnishee herein is indebted to the Judgment Debtor or holds money belonging to the Judgment Debtor in the amount of $ 10026.72
3. Other property belonging to the Judgment Debtor and held by me is as follows (If none, put "none"):
   NONE

4. I, or I on behalf of the Garnishee herein, state that there is no other money, property, or other evidence of debt in my possession that belongs to the Judgment Debtor.
5. I, or I on behalf of the Garnishee, have forwarded to the **Judgment Creditor's Attorney** the amount of money so held by me to the extent of the amount due plus costs as shown on the reverse. THE AMOUNT FORWARDED IS: $ 10026.72
6. If I, or I on behalf of the Garnishee, hold property (listed above) other than money which I am unable to forward, I hereby disclose (in Paragraph 3 above) such property and will hold and safely keep such property pending further orders of the Court.
7. In addition, I have sent the original of this Answer to the Court, a copy to the **Judgment Creditor's Attorney** and a copy or the Order of Garnishment (Non-wage) and of this Answer to the Judgment Debtor.

GARNISHEE

By: _Jennifer Meade_

JENNIFER MEADE – GARNISHMENT SPECIALIST,
FIFTH THIRD BANK 513-358-9355 FAX 513-358-1279 4/2/2020

Signature of Affiant
Position (If Applicable): _____

Subscribed and sworn to before me by the above Affiant this 2nd day of April, 20 20

My Commission Expires: 7/18/2023
COREY M. CARTER
Notary Public, State of Ohio
My Commission Expires
July 18, 2023

Notary Public, State at Large

### INSTRUCTIONS

1. After receiving the Order of Garnishment (Non-wage), promptly send a copy of it to the Judgment Debtor.
2. After 14 days from **Garnishee's Date of Receipt**, but within 20 days from **Garnishee's Date of Receipt**, mail the original of this Answer to the Court, a copy to the Judgment Creditor's Attorney and a copy to the Judgment Debtor.
3. Retain a copy of the Order and this Answer for your records.



**FIFTH THIRD BANK**
Fifth Third Center
Cincinnati, OH 45263



FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 APR -6 PM 3:44

United States District Court
Western District of Kentucky
601 W. Broadway #106
Louisville, KY 40202

U.S. POSTAGE >> PITNEY BOWES
ZIP 45263 $ 000.50⁰
02 1W
0001390525 APR 02 2020

4020232249 C075